706

*Hale* for petitioners. *Mr. Nathan W. Thompson* for respondent.

No. 503. FARBER *v.* UNITED STATES. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Chellis M. Carpenter* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Fred E. Strine* and *W. Marvin Smith* for the United States.

No. 509. MORGAN, ADMINISTRATOR, *v.* HINES, ADMINISTRATOR OF VETERANS' AFFAIRS. November 25, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, W. Marvin Smith,* and *John M. George* for respondent.

No. 512. KONG DIN QUONG *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lambert O'Donnell* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Durward E. Balch* and *George F. Kneip* for respondent.

Nos. 514 and 515. MEYER, ADMINISTRATOR, ET AL. *v.* UNITED STATES. November 25, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Sev-